[No. 47779-3-II.  Division Two.  November 22, 2016.]

CYRIL J. WORM, *Appellant*, v. NORTHWEST TRUSTEE SERVICES OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 15-2-00016-4, Daniel Goodell, J., entered June 8, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 47844-7-II.  Division Two.  November 22, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02906-5, G. Helen Whitener, J., entered July 17, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 47937-1-II.  Division Two.  November 22, 2016.]

*In the Matter of the Marriage of* VICTOR K. CHENG, *Appellant*, and JULIA A. CHENG, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-3-00959-1, Sally F. Olsen, J., entered July 1, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Maxa, A.C.J., concurred in by Johanson and Lee, JJ.

[No. 47957-5-II.  Division Two.  November 22, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN L. STREATER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-1-00135-7, Gary R. Tabor, J., entered July 23, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Melnick, J.